1  Andrew B. Downs, SBN 111435
2  E-mail:  andy.downs@bullivant.com
   BULLIVANT HOUSER BAILEY PC
3  101 Montgomery Street, Suite 2600
4  San Francisco, CA 94104
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6
7  Attorneys for Plaintiff Security National
   Insurance Company
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| SECURITY NATIONAL INSURANCE COMPANY, a corporation, | No. 8:20-cv-00518-JVS-ADS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CITY OF ANAHEIM, CALIFORNIA, a municipality; WOOJIN JUN, an individual; DANIEL WOLFE, an individual; DANIEL GONZALEZ, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

Plaintiff Security National Insurance Company and defendant City of Anaheim, California give notice that they have agreed, subject to the contingencies outlined below, to a settlement of this matter.

The contingencies are:

– 1 –

1. This Settlement must be approved by the Anaheim City Council.

2. The City of Anaheim must obtain authorization from the Authority for California Cities Excess Liability Joint Powers Authority ("ACCEL") to bind ACCEL to the terms of the Settlement.

The parties anticipate it will require approximately 105 days to obtain approval from the City Council, satisfy the other contingencies, execute a settlement agreement, make payment and submit a stipulation for dismissal.

Accordingly, the parties request:

1. That the Court unseal the tentative ruling on the parties Motions for Partial Summary Judgment.

2. That the Court stay for 120 days its May 30 Order Regarding Request for Oral Argument (ECF 63) including the briefing deadlines set in that Order.

3. That the Court vacate the October 10, 2023 Pretrial Conference and the October 24, 2023 trial dates.

4. That the Court set a Hearing in approximately 120 days for the parties to report on the status of the settlement in the event a stipulation for dismissal has not been submitted by that date.

DATED: June 4, 2023

                                        BULLIVANT HOUSER BAILEY PC

                                        By */s/ Andrew B. Downs*
                                             Andrew B. Downs

                                        Attorneys for Plaintiff Security National Insurance Company

DATED:  June 4, 2023

        BROWER LAW GROUP
        A Professional Corporation


        By */s/ Steven Brower* (*ABD)
           Steven Brower

        Attorneys for Defendant City of Anaheim

### SIGNATURE ATTESTATION

I certify that all signatories listed above concur in the filing's content and have authorized the filing.


        */s/ Andrew B. Downs*
        Andrew B. Downs

        *****

4894-0365-6552.1