Andrew B. Downs, SBN 111435
E-mail:   andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Security National Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ANAHEIM, CALIFORNIA, a municipality; WOOJIN JUN, an individual; DANIEL WOLFE, an individual; DANIEL GONZALEZ, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. 8:20-cv-00518-JVS-ADS<br><br>**(ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties having stipulated, and good cause appearing,

IT IS HEREBY ORDERED pursuant to Rule 41, F.R.Civ.P. that this action, including the First Amended Complaint of plaintiff Security National Insurance Company, and the First Amended Counterclaim of defendant the City of

– 1 –

1  Anaheim, is dismissed with prejudice, with each party to bear its own fees and
2  costs.
3      IT IS SO ORDERED.
4  DATED: August 09, 2023

*[signature: James V. Selna]*

Hon. James V. Selna
United States District Judge

4864-5309-2467.1